CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONILA M. JAVIER AND PEDRO JAVIER, | Case No. CV09-3398 MEJ |
| Plaintiffs, | [PROPOSED] ORDER REGARDING THE STIPULATION OF PLAINTIFFS AND DEFENDANT PHILIPPINE AIRLINES, INC. TO AN EXTENSION OF TIME FOR PHILIPPINE AIRLINES, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT |
| vs. | |
| PHILIPPINE AIRLINES, INC., | |
| Defendants. | |
| | Complaint Filed: July 24, 2009 |
| | Trial Date: None |

This Court, having considered the Stipulation of Plaintiffs and Defendant Philippine Airlines, Inc. to an Extension of Time for Philippine Airlines, Inc. to Respond to Plaintiffs' Complaint, and good cause appearing therefore, hereby approves the stipulation.

/ /

/ /

/ /

/ /

[PROPOSED] ORDER RE STIPULATION TO AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO.: C09-03398 MEJ
7060V1

-1-

Accordingly, it is hereby ordered that defendant Philippine Airlines shall have until October 8, 2009, to file with the Court Philippine Airlines' response to plaintiffs' complaint.

IT IS SO ORDERED.

Dated: ___September 16___, 2009   _____
THE HONORABLE MARIA-ELENA JAMES
Chief Magistrate Judge,
United States District Court for the Northern District of California

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

[PROPOSED] ORDER RE STIPULATION TO AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO.: C09-03398 MEJ
7060V1

-2-