Jennifer J. Johnston (State Bar No.: 125737)
Julia K. Doyle (State Bar No.: 245020)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: jjohnston@condonlaw.com
Email: jdoyle@condonlaw.com

Attorneys for Defendant
PHILIPPINE AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONILA M. JAVIER AND PEDRO JAVIER,<br><br>Plaintiffs,<br><br>vs.<br><br>PHILIPPINE AIRLINES, INC.,<br><br>Defendant. | Case No. CV 09-03398 JSW<br><br>**STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER THEREON** |

Plaintiffs Leonila M. Javier and Pedro Javier, and defendant Philippine Airlines, Inc. (hereinafter "Philippine Airlines"), by and through their respective attorneys of record, stipulate as follows:

Recitals

Whereas, Plaintiffs have requested that Philippine Airlines produce a copy of the passenger manifest for PAL flight PR107 on October 14-15, 2008 (the "Passenger Manifest");

Whereas, 14 C.F.R. Part 243 prohibits the use or dissemination of passenger manifests and contact information for commercial or marketing purposes and prohibits the release of passengers lists and contact information to anyone other

than the United States State Department, the National Transportation Safety Board and the United States Department of Transportation.

### Stipulation

Plaintiffs shall not disseminate, transmit or provide access to the Passenger Manifest other than to plaintiffs' attorneys at Brent & Fiol, LLP, the staff employed by Brent & Fiol, LLP, and any experts, agents or independent contractors retained by plaintiffs and/or their attorneys, Brent & Fiol, LLP, for the purposes of the litigation in the above-reference action;

Use of the Passenger Manifest by plaintiffs, plaintiffs' attorneys at Brent & Fiol, LLP, the staff employed by Brent & Fiol, LLP, and any experts, agents or independent contractors retained by plaintiffs and/or their attorneys, Brent & Fiol, LLP, shall be permitted only for purposes of the litigation in the above-referenced action;

Upon a resolution of the above-referenced action either in judgment, dismissal, or settlement, plaintiffs, their attorneys, Brent & Fiol, LLP, and any experts, agents or independent contractors retained by plaintiffs and/or their attorneys, Brent & Fiol, LLP, shall immediately destroy the Passenger Manifest and all copies or reproductions of the Passenger Manifest;

Upon the destruction of the Passenger Manifest, plaintiffs' attorneys at Brent & Fiol, LLP shall confirm in writing to Philippine Airlines, through its attorneys at Condon & Forsyth, LLP, 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010, that the Passenger Manifest and all copies or reproductions of the Passenger Manifest have been destroyed.

Dated: February 10, 2010

BRENT & FIOL, LLP

By: _____
DAVID L. FIOL
Attorneys for Plaintiffs
LEONILA M. JAVIER and PEDRO JAVIER

Dated: February 10, 2010

CONDON & FORSYTH LLP

By: _____
JENNIFER J. JOHNSTON
JULIA K. DOYLE
Attorneys for Defendant
PHILIPPINE AIRLINES, INC.

Good Cause Appearing, **IT IS SO ORDERED.**

DATED: February 12, 2010

_____
Hon. Jeffrey S. White
United States District Court Judge

STIPULATION FOR PROTECTIVE ORDER AND
[PROPOSED] ORDER THEREON
CASE NO.: CV 09-03398 JSW

- 3 -

8162v.1