**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONILA M. JAVIER and PEDRO JAVIER, | |
| Plaintiffs, | No. C 09-03398 JSW |
| v. | |
| PHILIPPINE AIRLINES, INC., | **ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |
| Defendant. | |

Pursuant to Local Rule 72-1, the letter filed on April 1, 2010 regarding the parties' current discovery dispute and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: April 2, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom