1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

12   LEONILA M. JAVIER,                    )   No. C 09-03398 JSW (EDL)
                                           )
13          Plaintiff,                     )   [PROPOSED] ORDER ON JOINT
                                           )   STIPULATION FOR EXTENSION
14          v.                             )   OF MEDIATION COMPLETION
                                           )   DATE TO AUGUST 24, 2010
15   PHILIPPINE AIRLINES,                  )
                                           )
16          Defendant.                     )
                                           )
17   _____      )

18        Having reviewed the stipulation of the parties for an extension of the

19   mediation completion date in the above-captioned matter to August 24, 2010, and

20   Good Cause Appearing on review of said stipulation,

21        **IT IS HEREBY ORDERED** that the mediation completion date in the

22   within action is hereby extended to and including August 24, 2010.

23        IT IS SO ORDERED.

24

25   Dated: ___August 3____, 2010     _____
                                      JEFFREY S. WHITE
26                                    United States District Court Judge

27

28

_____
[PROPOSED] ORDER ON STIP FOR EXTENSION OF
MEDIATION COMPLETION DATE
NO. C 09-03398 JSW (EDL)