DAVID L. FIOL [Bar No. 203546; dfiol@brentfiollaw.com]
JOSEPH P. BRENT [Bar No. 214459; jbrent@brentfiollaw.com]
CHRISTOFER C. NOLAN [Bar No. 229542; cnolan@brentfiollaw.com]
BRENT & FIOL, LLP
802 B Street
San Rafael, California 94901
Telephone:   (415) 259-4420
Facsimile:   (415) 373-4420
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONILA M. JAVIER AND PEDRO JAVIER,<br><br>  Plaintiffs,<br><br>vs.<br><br>PHILIPPINE AIRLINES, INC.,<br><br>  Defendant, | Case No.: 09-cv-03398 JSW-EDL<br><br>[PROPOSED]<br>ORDER APPROVING COMPROMISE OF PENDING ACTION OF PERSON WITH A DISABILITY<br><br>Date:       October 15, 2010<br>Time:       9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:      Hon. Jeffrey S. White |

This Court, having considered the Notice of Petition, the Petition for Approval of Compromise of Pending Action of Person with a Disability, the Declaration of Christofer C. Nolan in support thereof, the confidential settlement agreement lodged under seal with this Court on August 30, 2010, and good cause appearing therefore, hereby approves the proposed settlement between plaintiff and defendant and approves payment of plaintiff's attorney's fees and costs from the settlement. The hearing scheduled for October 15, 2010 is HEREBY VACATED.

IT IS SO ORDERED

Dated: __October 13_____, 2010

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge

[PROPOSED] ORDER APPROVING COMPROMISE OF PENDING ACTION
Case No.: 09-cv-03398 JSW-EDL