UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONILA M. JAVIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIPPINE AIRLINES,<br><br>　　　　Defendant. | Case No. C 09-03398 JSW (EDL)<br><br>[*PROPOSED*] **ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation Re Dismissal With Prejudice of the parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. C 09-03398 JSW (EDL) is hereby dismissed with prejudice, with each party to bear her or its own attorney's fees and costs.

Dated:　November 2　, 2010　_____
　　　　　　　　　　　　　　　　Hon. Jeffrey S. White
　　　　　　　　　　　　　　　　United States District Court Judge

[*PROPOSED*] ORDER ON STIPULATION RE DISMISSAL
WITH PREJUDICE
CASE NO.: C 09-03398 JSW (EDL)

9901V.1